UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIDGE TOP RANCH, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES FISH & WILDLIFE SERVICE; DANIEL M. ASHE, DIRECTOR, UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>   Defendants. | No.  CIV. S-13-2462 LKK/CKD<br><br><br>**ORDER** |

   Pending before the court in the above-captioned case is plaintiff's motion for preliminary injunction, currently set for hearing on January 13, 2014. (ECF No. 10.) For administrative reasons, the hearing is CONTINUED until January 31, 2014 at 10:00 a.m. The deadline for filing a reply, if any (January 6, 2014), remains unchanged.

   IT IS SO ORDERED.

   DATED: January 6, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1