UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIDGE TOP RANCH, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES FISH & WILDLIFE SERVICE; DANIEL M. ASHE, DIRECTOR, UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>　　　　Defendants. | No.   CIV. S-13-2462 LKK/CKD<br><br><br><br>**ORDER** |

　　Pending before the court in the above-captioned case is plaintiff's motion for preliminary injunction, currently set for hearing on January 31, 2014. Having reviewed the parties' filings, the court finds that oral argument regarding the motion is unnecessary. Accordingly, the hearing on the motion is VACATED. An order will be forthcoming.

　　IT IS SO ORDERED.

　　DATED:   January 23, 2014.

　　　　　　　　　　　　　　　　　　/s/ Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1