UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIDGE TOP RANCH, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES FISH & WILDLIFE SERVICE; DANIEL M. ASHE, DIRECTOR, UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>　　　　Defendants. | No.  CIV. S-13-2462 LKK/CKD<br><br>**ORDER** |

The court has noted an error in its January 31, 2014 Order (ECF No. 21.) It is hereby corrected as follows. The paragraph at lines 13:27 – 14:11, which reads as follows, is hereby STRICKEN:

> What remains is that portion of the proposed preliminary injunction which would enjoin the defendants "from taking any action that would directly or indirectly grant approval for Caltrans and/or the [STA] to obtain the mitigation described in the [RFP], including habitat mitigation for the California red-legged frog, from any source other than Ridge Top." (Proposed Order ¶ 2.) If the court were to enter this injunction, FWS would be unable to approve either the Ridge Top Proposal or any other proposal until the court reached a determination on the merits of Ridge Top's

        claims. Such relief would preserve the status quo pending a determination on the merits, and as such, appears appropriate.

It is REPLACED with a paragraph that reads as follows:

        What remains is that portion of the proposed preliminary injunction which would enjoin the defendants "from taking any action that would directly or indirectly grant approval for Caltrans and/or the [STA] to obtain the mitigation described in the [RFP], including habitat mitigation for the California red-legged frog, from any source other than Ridge Top." (Proposed Order ¶ 2.) It would be proper for the court to enter an injunction in nearly this form, omitting only the words "other than Ridge Top." If the court were to enter this injunction, FWS would be unable to approve either the Ridge Top Proposal or any other proposal until the court reached a determination on the merits of Ridge Top's claims. Such relief would preserve the status quo pending a determination on the merits, and as such, appears appropriate.

    IT IS SO ORDERED.

    DATED: February 3, 2014.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT