1  Jerry Stouck – *Pro Hac Vice*
   Kurt A. Kappes - SBN 146384
2  Anthony J. Cortez - SBN 251743
   GREENBERG TRAURIG, LLP
3  1201 K Street, Suite 1100
   Sacramento, CA  95814-3938
4  Telephone:  (916) 442-1111
   Facsimile:  (916) 448-1709
5  stouckj@gtlaw.com
   kappesk@gtlaw.com
6  cortezan@gtlaw.com

7  *Attorneys for Plaintiff*

8  ROBERT G. DREHER, Acting Assistant Attorney General
   SETH M. BARSKY, Section Chief
9  KRISTEN L. GUSTAFSON, Asst. Section Chief
   BRIDGET KENNEDY McNEIL, Senior Trial Attorney (CO State Bar 034299)
10 U.S. Department of Justice
   Environment and Natural Resources Division
11 Wildlife & Marine Resources Section
   999 18th St., Suite 370
12 Denver, CO 80202
   Telephone:  303-844-1484
13 Facsimile:  303-844-1350
   bridget.mcneil@usdoj.gov
14

15 [Full counsel identification on signature page]
16

17 *Attorneys for the Federal Defendants*

18
                    UNITED STATES DISTRICT COURT
19                  EASTERN DISTRICT OF CALIFORNIA

20 RIDGE TOP RANCH, LLC,                    CASE NO: 2:13-cv-02462-LKK-CKD

21        Plaintiff,

22 v.                                       **STIPULATED REQUEST TO**
                                            **CONSOLIDATE HEARINGS; ORDER**
23

24 UNITED STATES FISH AND WILDLIFE
   SERVICE; and DANIEL M. ASHE, in his
25 official capacity as DIRECTOR, UNITED
   STATES FISH AND WILDLIFE
26 SERVICE,

27        Defendants.

28

REQUEST TO CONSOLIDATE HEARINGS
NO. 2:13-cv-02462-LKK-CKD                                              1

1    Plaintiff and Federal Defendants, by and through counsel, hereby STIPULATE as

2  follows:

3    1.    On November 26, 2013, the Court issued its Order Setting Status Conference.

4    2.    The Court set a Status (Pretrial Scheduling) Conference for February 24, 2014.

5    3.    On January 31, 2014, the Court issued an Order on Plaintiff's pending Motion for

6  Preliminary Injunction ("PI Motion").  The Court set the hearing for the PI Motion on February

7  21, 2014.

8    4.    The parties agree that in the interests of judicial economy, the February 24, 2014

9  Status Conference should be heard on February 21, 2014, after the hearing on the PI Motion.

10    5.    Accordingly, the parties propose and respectfully request that the Status

11  Conference currently set for February 24, 2014, be rescheduled to February 21, 2014,

12  immediately following the hearing on the PI Motion, or as soon thereafter as the Court's calendar

13  permits.

14    Respectfully submitted this 13th day of February, 2014,

15
16    */s/ Anthony J. Cortez*
Kurt A. Kappes- SBN 146384
Anthony J. Cortez - SBN 251743
17  GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
18  Sacramento, CA 95814-3938
Telephone: (916) 442-1111
19  Facsimile: (916) 448-1709
kappesk@gtlaw.com
20  cortezan@gtlaw.com

21
22  Jerry Stouck
GREENBERG TRAURIG, LLP
23  2101 L Street, N.W., Suite 1000
Washington, DC 20037
24  Telephone: (202) 331-3100
Facsimile: (202) 331-310 I
25  stouckj@gtlaw.com

26  *Attorneys for Plaintiff*

27    [SIGNATURES ON FOLLOWING PAGE

28

REQUEST TO CONSOLIDATE HEARINGS
NO. 2:13-cv-02462-LKK-CKD                    2

ROBERT G. DREHER, Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
KRISTEN L. GUSTAFSON, Asst. Section Chief

*/s/ Bridget Kennedy McNeil (per authorization)*
BRIDGET KENNEDY McNEIL, Senior Trial Attorney
(CO State Bar 034299)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
999 18th St., Suite 370
Denver, CO 80202
Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

JEREMY HESSLER, Trial Attorney
(CA State Bar 281462)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C.  20044-7611
(202) 305-0431 (tel) | (202) 305-0275 (fax)
jeremy.hessler@usdoj.gov

*Attorneys for the Federal Defendant*

IT IS SO ORDERED.

Dated this 19th day of February, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*PHI 317228414v1*

REQUEST TO CONSOLIDATE HEARINGS
NO. 2:13-cv-02462-LKK-CKD                                                    3