Jerry Stouck – *Pro Hac Vice*
Kurt A. Kappes - SBN 146384
Anthony J. Cortez - SBN 251743
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
stouckj@gtlaw.com
kappesk@gtlaw.com
cortezan@gtlaw.com

*Attorneys for Plaintiffs*

ROBERT G. DREHER, Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
KRISTEN L. GUSTAFSON, Asst. Section Chief
BRIDGET KENNEDY McNEIL, Senior Trial Attorney (CO State Bar 034299)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
999 18th St., Suite 370
Denver, CO 80202
Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

[Full counsel identification on signature page]

*Attorneys for the Federal Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIDGE TOP RANCH, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; and DANIEL M. ASHE, in his official capacity as DIRECTOR, UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>     Defendants. | CASE NO: 2:13-cv-02462-LKK-CKD<br><br>**STIPULATION AND ORDER TO EXTEND THE RESPONSIVE PLEADING DEADLINE** |

Plaintiff and Federal Defendants, by and through counsel, hereby STIPULATE as follows:

1. The Complaint for Declaratory and Injunctive Relief was filed on November 26, 2013 and served on the United States Attorney's Office the same day.

2. The initial responsive pleading deadline was January 27, 2014.

3. On January 22, 2014, due to the pending motion for preliminary injunction, the parties invoked the stipulated extension of time available under Local Rule 144(a) to respond to a complaint, extending the responsive pleading deadline to February 24, 2014.

4. After that extension of time, the Court moved the hearing on the motion for preliminary injunction to February 21, 2014.

5. The parties agree that the February 21, 2014 hearing may inform future proceedings in the case and judicial efficiency would be better served by a second extension of the responsive pleading deadline.

6. As noted in Plaintiff's initial status report filed February 10, 2014, after the February 21, 2014 hearing Plaintiff may (or may not) file an amended complaint.

7. Accordingly, the parties propose that the responsive pleading deadline be extended until the earlier of: (1) twenty-eight (28) days after the Court's ruling on the motion for preliminary injunction or (2) twenty-eight (28) days from the filing of any amended complaint, should the amended complaint be filed after the February 21, 2014 hearing.  If granted, the extension would not prejudice Federal Defendants from responding sooner, should the circumstances so dictate.

8. If granted, this would be the second extension of time in this case.

Respectfully submitted this 12th day of February, 2014,

                               */s/ Jerry Stouck (per authorization)*
                               Jerry Stouck
                               GREENBERG TRAURIG, LLP
                               2101 L Street, N.W., Suite 1000
                               Washington, DC 20037
                               Telephone: (202) 331-3100
                               Facsimile: (202) 331-310 I

stouckj@gtlaw.com
Kurt A. Kappes- SBN 146384
Anthony J. Cortez - SBN 251743
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
cortezan@gtlaw.com

*Attorneys for Plaintiff*

ROBERT G. DREHER, Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
KRISTEN L. GUSTAFSON, Asst. Section Chief

  /s/  Bridget Kennedy McNeil
BRIDGET KENNEDY McNEIL, Senior Trial Attorney
(CO State Bar 034299)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
999 18th St., Suite 370
Denver, CO 80202
Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

JEREMY HESSLER, Trial Attorney
(CA State Bar 281462)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C.  20044-7611
(202) 305-0431 (tel) | (202) 305-0275 (fax)
Email: jeremy.hessler@usdoj.gov

*Attorneys for the Federal Defendant*

IT IS SO ORDERED.

Dated this 19th day of February, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO EXTEND RESP. PLDG. DEADLINE
NO. 2:13-cv-02462-LKK-CKD                                    3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of February, 2014, I filed a true and correct copy of the foregoing document with the Court' CM/ECF system, which will generate a Notice of Filing on the following:

Jerry Stouck
Greenberg Traurig, LLP
2101 L Street, NW Suite 1000
Washington, DC  20037
202-331-3173
Fax: 202-331-3101
Stouckj@gtlaw.com

Anthony J. Cortez
Kurt A. Kappes
Greenberg Traurig, LLP
1201 K Street Suite 1100
Sacramento, CA  95814
916-442-1111
Fax: 916-448-1709
Cortezan@gtlaw.com
kappesk@gtlaw.com

/s/ Bridget K. McNeil